IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

NOV 30 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) |
| ALI MERRELL, | ) CASE NO.: 22 CR 687 |
| Defendant. | ) Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) |

JUDGE LIOI

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about July 1, 2022, in the Northern District of Ohio, Eastern Division, Defendant ALI MERRELL, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Attempted Burglary, in Case Number CR-10-536820, in the Cuyahoga County Common Pleas Court, on or about July 12, 2010; and Burglary, in Case Number CR-08-509434, in the Cuyahoga County Common Pleas Court, on or about February 19, 2009, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model Spectrum, .380 caliber pistol, with an obliterated serial number, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about September 15, 2022, in the Northern District of Ohio, Eastern Division, Defendant ALI MERRELL, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Attempted Burglary, in Case Number CR-10-536820, in the Cuyahoga County Common Pleas Court, on or about July 12, 2010; and Burglary, in Case Number CR-08-509434, in the Cuyahoga County Common Pleas Court, on or about February 19, 2009, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glenfield, Model 60 .22 LR rifle, serial number 25337121, and a Beretta, Model 20, .25acp caliber pistol, serial number BE16125V, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 3
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about October 8, 2022, in the Northern District of Ohio, Eastern Division, Defendant ALI MERRELL, knowing he had previously been convicted of crimes punishable by imprisonment for terms exceeding one year, those being: Attempted Burglary, in Case Number CR-10-536820, in the Cuyahoga County Common Pleas Court, on or about July 12, 2010; and Burglary, in Case Number CR-08-509434, in the Cuyahoga County Common Pleas Court, on or about February 19, 2009, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 31, .357 caliber pistol, serial number BPPA617, said firearm having been

shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ALI MERRELL shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.